Shaina Plaksin, Esq. (NV Bar #13935)
**IMMIGRATION LEGAL CONSULTING, LLC**
8275 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Phone: (702) 707-4959
Shaina@702immigration.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| SHELBY LORENCE LLUCH WOOD, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MERRICK GARLAND, in his Official Capacity, Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO N. MAYORKAS, in his Official Capacity, Secretary of the United States Department of Homeland Security; UR M. JADDOU, in his Official Capacity, Director of United States Citizenship and Immigration Services; AMANDA HAURY, Field Office Director of the Las Vegas Service Center of United States Citizenship and Immigration Services; <br><br> Defendants. | Case No. 2:24-cv-01124-JCM-BNW <br><br> **Notice of Dismissal of Complaint with Prejudice** and Order |

IT IS HEREBY NOTICED by Plaintiff Shelby Lorence Lluch Wood ("Plaintiff") that the above-captioned action against Defendants United States Citizenship and Immigration Services ("USCIS"); Merrick Garland, in his Official Capacity, Attorney General; United States Department of Homeland Security; Alejandro N. Mayorkas, in his Official Capacity, Secretary of the United States Department of Homeland Security; Ur M. Jaddou, in his Official Capacity, Director of United States Citizenship and Immigration Services; and Amanda Haury, Field Office Director of the Las Vegas Service Center of United States Citizenship and Immigration Services (collectively "Federal Defendants"), shall be voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, on the following grounds:

1. On June 17, 2024, Plaintiff filed her operative complaint in the United States District Court for the District of Nevada, seeking to compel USCIS to adjudicate her I-130 Petition for Alien Relative, Petition No. IOE9114151019 ("Petition");

2. On July 1, 2024, USCIS approved Plaintiff's Petition;

3. As a result of USCIS' approval of the Petition, Plaintiff agrees to voluntarily dismiss this case with prejudice;

4. As a result of this dismissal, Federal Defendants have not appeared in this action, nor filed an answer, motion to dismiss, or other responsive pleading in this action;

5. Plaintiff and Federal Defendants agree to bear their own litigation costs and attorney fees.

Dated this 14th day of July, 2024.

**PLAINTIFF SHELBY LORENCE LLUCH WOOD**

*/s/ Shaina Plaksin*
Shaina Plaksin, Esq. (NV Bar #13935)
IMMIGRATION LEGAL CONSULTING, LLC
8275 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Phone: (702) 707-4959
Shaina@702immigration.com
Attorney for Plaintiff

**ORDER**

Pursuant to Plaintiff's Notice of Dismissal of Complaint with Prejudice, this matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 16, 2024